Leila Nourani (SBN 163336)
Damien P. DeLaney (SBN 246476)
Matthew Weber (SBN 318097)
Susan M. Corcoran (Admitted Pro Hac Vice)

JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
leila.nourani@jacksonlewis.com
caroline.wolf@jacksonlewis.com

Attorneys for Defendant
EATON CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IMAMURA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EATON CORPORATION, an Ohio corporation,<br><br>Defendants. | Case No. 2:18-cv-03886-DSF-KLS<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE AND EXTENSION OF TIME FOR CLASS CERTIFICATION RESPONSES** |

**TO THE COURT AND ALL PARTIES**:

WHEREAS, Plaintiff Michael Imamura filed a class action complaint on May 9, 2018, which Defendant Eaton Corporation ("Eaton") timely answered on June 6, 2018; and

WHEREAS, since the filing of the complaint, the Parties have exchanged information and engaged in settlement discussions in good faith with the intent of promptly resolving this dispute; and

///

///

///

///

CASE NO. 2:18-cv-03886-DSF-KLS

1

JOINT STIPULATION REQUESTING CONTINUANCE OF INITIAL SCHEDULING CONFERENCE AND EXTENSION OF TIME FOR CLASS CERTIFICATION RESPONSES

1  WHEREAS, the Parties' discussions have been productive, but are on-going and
2  have not yet resolved the dispute; and

3  WHEREAS, the Parties anticipate reaching an agreement on terms to settle the
4  dispute within the next 30 to 60 days; and

5  WHEREAS, the Court has set an initial scheduling conference for Monday,
6  September 10, 2018 at 11:00 a.m., and ordered the parties to file a Joint Rule 26(f) Report
7  14 days prior; and

8  WHEREAS, the Parties wish to focus their efforts on resolving the dispute and to
9  avoid work which will become unnecessary if the case is resolved; and

10  WHEREAS, the Parties have made no prior requests for continuance

11  IT IS THEREFORE STIPULATED, by and between the Parties that:

12  1.  The Parties request that the Court continue the initial scheduling conference
13  from Monday, September 10, 2018 to Monday, October 15, 2018, or the next date
14  thereafter convenient to the Court.  If the case is not resolved earlier, the Parties agree to
15  meet and confer on the topics required by Rule 26(f) by no later than September 24, 2018,
16  and to file a joint report by no later than October 1, 2018.

17  2.  The Parties request that the Court set the following deadlines for class
18  certification motions:

19  a. Defendant's opposition to Plaintiff's motion for class certification due
20  on January 31, 2019; and
21  b. Plaintiff's reply to Defendant's opposition to Plaintiff's motion for
22  class certification due on March 15, 2019.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

3. The Parties request that the Court schedule a hearing regarding class certification for April 15, 2019, at 1:30 p.m.

**IT IS SO STIPULATED.**

DATED: August 31, 2018	JACKSON LEWIS P.C.


By:	/s/ Damien P. DeLaney
	Leila Nourani
	Damien P. DeLaney
	Matthew Weber
	Susan M. Corcoran

	Attorneys for Defendant
	EATON CORPORATION


DATED: August 31, 2018	WOODROW & PELUSO, LLC


By:	/s/ Patrick H. Peluso
	Steven L. Woodrow
	Patrick H. Peluso
	Taylor T. Smith

	Attorneys for Plaintiffs
	MICHAEL IMAMURA, individually and on behalf of all others similarly situated

4817-7391-4481, v. 1