Mike Arias (CSB #115385)
  mike@asstlawyers.com
Alfredo Torrijos (CSB #222458)
  alfredo@asstlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Telephone:  (310) 844-9696
Facsimile: (310) 861-0168

Steven L. Woodrow*
  swoodrow@woodrowpeluso.com
Patrick H. Peluso*
  ppeluso@woodrowpeluso.com
Taylor T. Smith*
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff and the alleged Classes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Michael Imamura,** individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>       v.<br><br>**Eaton Corporation,** an Ohio corporation,<br><br>              Defendant. | Case No.  2:18-cv-03886-DSF-KS<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: May 9, 2018 |

1  Plaintiff Michael Imamura ("Plaintiff" or "Imamura") hereby provides notice
2  that the Parties have reached a settlement in this case and states as follows:

3    1. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's individual claims will be dismissed with prejudice.

    2. The Parties are presently working to finalize a settlement agreement and believe a Notice of Dismissal will be filed within thirty (30) days.

Respectfully submitted,

Dated: October 5, 2018    **MICHAEL IMAMURA**,

By:    /s/ *Patrick H. Peluso*
    Patrick H. Peluso

WOODROW & PELUSO, LLC

## **CERTIFICATE OF SERVICE**

I, Patrick H. Peluso, an attorney, hereby certify that on October 5, 2018, I caused the above and foregoing papers to be served upon counsel of record by filing such papers via the Court's ECF system.

/s/ Patrick H. Peluso